**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**SAVANNAH DIVISION**

DAVID LEE HUGGINS,                 )
                                   )
     Plaintiff,                   )
                                   )
v.                                 )          CV417-054
                                   )
NANCY A. BERRYHILL, Acting         )
Commissioner of Social Security,   )
                                   )
     Defendant.                   )

## <u>ORDER</u>

Proceeding *pro se*, David Lee Huggins has timely filed a Complaint asking the Court to review the final denial of his social security disability claim. Doc. 1. The Court preliminarily screened his complaint and twice ordered Huggins to provide the Court with more information about "his diagnoses, how they affect his ability to work, or why the ALJ concluded he was not disabled." *See* doc. 5 at 2; doc. 7 at 2. In response, Huggins has again sent the Court a one-page letter "To Whom It May Concern" reiterating that his rheumatoid arthritis renders him unable to work. Doc. 8. This is still *not enough information*. The Court will give him one final chance.

Plaintiff must file a Second Amended Complaint specifically describing the following:

(1) a short, plain description of his rheumatoid arthritis -- *when* he contends it became disabling, and *how* it prevents him from doing any type of work (either his past work or some other job);

(2) a summary of all the administrative proceedings before the Social Security Administration -- in other words, tell the Court what plaintiff told the ALJ about his rheumatoid arthritis, what medical evidence he showed the ALJ at the hearing, and what the ALJ wrote in his decision denying benefits; and

(3) a short, separate statement of each of his legal claims explaining *why* the evidence does not support the Social Security Administration's findings and denial of benefits -- put differently, tell the Court what the ALJ did *wrong* (did he ignore some medical evidence? did he ignore the Vocational Expert? did he ignore plaintiff's pain testimony?).

Huggins won't get another shot at this. If he fails to file a Second Amended Complaint that fully answers the three basic requirements set forth above *within 14 days* from the date this Order is served, the

Court will recommend that the Complaint be dismissed.

**SO ORDERED,** this __14th__ day of July, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

3