# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

DAVID LEE HUGGINS,               )
                                 )
    Plaintiff,                   )
                                 )
v.                               )     CV417-054
                                 )
NANCY A. BERRYHILL, Acting       )
Commissioner of Social Security, )
                                 )
    Defendant.                   )

## ORDER

Proceeding *pro se*, David Lee Huggins has timely filed a Complaint asking the Court to review the final denial of his social security disability claim. Doc. 1. The Court preliminarily screened his complaint and thrice ordered Huggins to provide the Court with more information about his diagnoses, how they affect his ability to work, or why the ALJ concluded he was not disabled. *See* docs. 5, 7 & 9. He has finally done so, explaining that his rheumatoid arthritis prevents him from working full time by imposing more than minimal functional limitations on his ability to grasp/hold/pick-up objects, twist/bend/kneel, or stand/walk without the use of a cane. Doc. 10 at 1. He contends the ALJ erred by

rejecting as insufficient the "physical" medical opinion evidence and finding his subjective pain testimony less than credible. *Id.*

This is sufficiently specific to allow the Court, and thus the Commissioner, to move forward. The Court therefore **DIRECTS** the Clerk to forward a copy of Huggins' complaint to the Marshal for service upon defendant and to serve both parties with the General Order in Social Security Appeals, which sets forth the process going forward.

**SO ORDERED,** this  31st   day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA