IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DAVID LEE HUGGINS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV417-054
)
NANCY A. BERRYHILL, acting )
Commissioner of the Social )
Security Administration, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 27), to which objections have been filed (Doc. 28). In his objections, Plaintiff reiterates that he suffers from physical pain and that his "mental state is really taking a toll on [him]." (Id.) While the Court is sympathetic to Plaintiff's complaints of pain and physical ailments, Plaintiff has failed to identify—despite many opportunities to do so—any error made in the Administrative Law Judge's findings or denial of benefits. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 9th day of November 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA