# United States District Court
## Southern District of Georgia

DAVID LEE HUGGINS,

  Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-054

NANCY A. BERRYHILL, acting Commissioner of the Social Security Administration,

  Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated November 9, 2018 adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this court, this action is dismissed without prejudice. This case stands closed.

| 11/9/18 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *James R. Burell* |
| | (By) Deputy Clerk |